AO 442 (Rev. 12/85) Warrant for Arrest                                                                   AUSA Mark Frazier

**FILED**
**FEB 11 2016**
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                        DEPUTY

# United States District Court

Western                     DISTRICT OF                     Texas

---

UNITED STATES OF AMERICA
V.
**Estela FAJARDO-BRICENO**

**WARRANT FOR ARREST**

CASE NUMBER: W16-29M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest           **Estela FAJARDO-BRICENO**
                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Illegal reentry of an alien who has been deported from the United States

In violation of Title   8   United States Code, Section(s)   1326

Jeffrey C. Manske                                                    United States Magistrate Judge
Name of Issuing Officer                                              Title of Issuing Officer

/s/ Jeff C. Manske                                                   February 10, 2016   Waco, Texas
Signature of Issuing Officer                                         Date and Location

Bail fixed at $  detained   by  /s/ Jeff C. Manske
                                                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| February 10, 2016 | **Peter B. Meyer** **Deportation Officer** | /s/ |
| DATE OF ARREST February 11, 2016 | | |