

**FILED**

MAR 0 8 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                              DEPUTY



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO.  **W16CR060** |
|  | * |  |
| Plaintiff, | * | I N D I C T M E N T |
|  | * |  |
| V. | * | [VIO:  8 U.S.C. 1326(a) – Illegal Re-Entry |
|  | * | Into the United States] |
| ESTELA FAJARDO-BRICENO, | * |  |
|  | * |  |
| Defendant | * |  |

THE GRAND JURY CHARGES:

On or about January 21, 2016, in the Western District of Texas, Defendant,

**ESTELA FAJARDO-BRICENO,**

an alien attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported, and removed from the United States on or about August 14,

1998, and that the Defendant had not received the consent of the Attorney General of the United

States or his successor, the Secretary for Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Sections 1326(a), and Title 6, United

States Code, Sections 202(3), 202(4) and 557.

A TRUE BILL:          SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

_____
By: MARK L. FRAZIER
      Assistant United States Attorney