**FILED**

**SEP 30 2016**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | CRIMINAL NO:<br>WA:16-CR-00060(1)-RP |
| (1) Estela Fajardo-Briceno | § § | |

# EXHIBITS, Page

| **Exhibit** | **Description** | **Date Admitted** |
|---|---|---|
| Govt 1 | Recommended Special Conditions Memo | 09/30/2016 |



# MEMORANDUM

| | |
|---|---|
| DATE: | September 27, 2016 |
| TO: | Mark L. Frazier<br>Assistant United States Attorney<br>Waco, TX |
| FROM: | Tim Bell<br>United States Probation Officer<br>Waco, TX |
| SUBJECT: | **FAJARDO-BRISENO, Estela**<br>Dkt. No. W-16-CR-060(01)<br><u>Recommended Special Conditions</u> |

This memorandum is providing the United States Attorney's Office with a list of special condition(s) that are being recommended by the United States Probation Office to be imposed during the defendant's term of supervision.

**Special Conditions:**

1. If the defendant is excluded, deported or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. The defendant shall not illegally re-enter the United States. If the defendant re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest United States Probation Office. Additionally, if the defendant is released from custody prior to deportation, the defendant shall immediately report in person to the nearest United States Probation Office.



AO386-C
GOVERNMENT EXHIBIT
CASE NO. W16CR60
EXHIBIT NO. 1